### 30370. CLANTON v. HARDEN.

PARKER, J. The bill of exceptions assigns error only on the sustaining of a demurrer to the answer of the defendant, which ruling was not a final judgment. Therefore the bill of exceptions was premature, and this court having no jurisdiction to entertain it, the writ of error must be dismissed. *Edison* v. *Dundee Woolen Mills*, 18 *Ga. App.* 460 (89 S. E. 536); *Dove* v. *Maxwell*, 184 *Ga.* 460 (191 S. E. 916).

*Writ of error dismissed. Sutton, P. J., and Felton, J., concur.*

DECIDED MARCH 3, 1944.

*George R. Lilly, Maud Saunders,* for plaintiff in error.
*Wallace E. Harrell,* contra.